**Order entered June 4, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00123-CV

### DIANA SIMPSON AND JOHN HARDING, Appellants

### V.
### OAKS ON MONFORT CONDOMINIUM ASSOCIATION, VERACITY INC., AND LORI WELSH, Appellees

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-10283**

## ORDER

Before the Court is appellants' May 31, 2019 motion for a four-day extension of time to file their brief.

We **GRANT** the motion and **ORDER** the brief be filed no later than June 7, 2019.

/s/    ERIN A. NOWELL
           JUSTICE